152 So.2d 63

Jackson W. RATCLIFF

v.

The INSURANCE COMPANY OF THE STATE OF PENNSYVANIA.

No. 46718.

April 30, 1963.

In re: The Insurance Company of the State of Pennsylvania applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 151 So.2d 90.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in *its judgment.*

152 So.2d 213

Succession of Mary SMITH.

No. 46707.

May 7, 1963.

In re: Tealie Smith et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 150 So.2d 842.

The application is denied. There is no error of law in the judgment complained of.